UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    MARY A WILSON-SALAZAR

Debtor(s)

Case No. 09-20745

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/07/2009.

2) The plan was confirmed on 08/17/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 08/30/2010.

6) Number of months from filing to last payment: 12.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,100.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,400.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$2,400.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $133.76 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,133.76** |
| Attorney fees paid and disclosed by debtor: | $1,200.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFNI/VERIZON | Unsecured | 636.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 533.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 528.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 276.00 | 329.41 | 329.41 | 0.00 | 0.00 |
| AT&T | Unsecured | 250.81 | NA | NA | 0.00 | 0.00 |
| BRIAN BICKNELL DDS | Unsecured | 1,496.00 | NA | NA | 0.00 | 0.00 |
| CARRON & HODACK DENTAL | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| CBA COLLECTION BUREAU | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA MEMORIAL MEDICAL | Unsecured | 19,500.00 | NA | NA | 0.00 | 0.00 |
| CHASE AUTOMOTIVE FINANCE COR | Unsecured | 5,505.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 384.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| COMPUCREDIT CORP | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| CORTRUST BANK | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| COSPORT | Unsecured | 306.00 | NA | NA | 0.00 | 0.00 |
| COUNTRY DOOR | Unsecured | 629.00 | 629.07 | 629.07 | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Unsecured | 378.00 | NA | NA | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 487.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV/PRIMESTAR | Unsecured | 631.00 | NA | NA | 0.00 | 0.00 |
| DOMINO | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| FAMILY CIRCLE | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| FAMILY HOME MEDICAL EQT | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 481.00 | NA | NA | 0.00 | 0.00 |
| FIGIS INC | Unsecured | 73.00 | 73.95 | 73.95 | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 456.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 407.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIRST SAVINGS CREDIT CARD | Unsecured | 503.00 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY ORTHOPEDIC ASSOC | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| GINNYS | Unsecured | 413.00 | 413.64 | 413.64 | 0.00 | 0.00 |
| HEARST MAGAZINES | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| HONOR FINANCE | Unsecured | 832.00 | 832.08 | 832.08 | 0.00 | 0.00 |
| HSBC | Unsecured | 572.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 549.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 60.30 | 60.30 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,700.00 | 6,767.64 | 6,767.64 | 66.24 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 475.00 | 576.66 | 576.66 | 0.00 | 0.00 |
| KANE ANESTHESIA | Unsecured | 329.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY PHYSICIANS LLC | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| LAKE MCHENRY PATHOLOGY ASSOC | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| LAMPHERES FURNITURE | Unsecured | 200.00 | 797.75 | 797.75 | 200.00 | 0.00 |
| LARGO AUTOMOTIVE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 1,933.00 | 1,933.64 | 1,933.64 | 0.00 | 0.00 |
| MHS PHYSICIAN SERVICES | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,110.00 | 1,129.95 | 1,129.95 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 606.00 | 605.83 | 605.83 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 548.00 | 548.34 | 548.34 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 486.00 | 551.03 | 551.03 | 0.00 | 0.00 |
| MIDNIGHT VELVET | Unsecured | 373.00 | 373.51 | 373.51 | 0.00 | 0.00 |
| MONROE & MAIN | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 5,694.00 | NA | NA | 0.00 | 0.00 |
| NAIL | Unsecured | 1,657.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERIES INC | Unsecured | 576.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| OBERWEIS DAIRY | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY CONSULTANTS | Unsecured | 200.00 | 196.25 | 196.25 | 0.00 | 0.00 |
| PINNACLE FINANCIAL GROUP | Unsecured | 805.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 877.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 827.00 | 827.49 | 827.49 | 0.00 | 0.00 |
| PROVENA MERCY CENTER | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES MANAGEMENT INC | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| REWARDS 660 | Unsecured | 865.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MENORIAL HOSPITAL | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE CO | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 461.00 | 461.91 | 461.91 | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Unsecured | 600.00 | 589.64 | 589.64 | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 1,100.00 | 1,082.31 | 1,082.31 | 0.00 | 0.00 |
| T MOBILE | Unsecured | 805.00 | 405.15 | 405.15 | 0.00 | 0.00 |
| THE SWISS COLONY | Unsecured | 598.00 | 598.34 | 598.34 | 0.00 | 0.00 |
| THERA TECH EQUIPMENT | Unsecured | 755.00 | NA | NA | 0.00 | 0.00 |
| TRI CITY RADIOLOGY | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| VALLEY EMERGENCY CARE | Unsecured | 410.00 | 410.00 | 410.00 | 0.00 | 0.00 |
| WELL SPRING FAMILY PHYSICIANS | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| WOMANS DAY | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,767.64 | $66.24 | $0.00 |
| **TOTAL PRIORITY:** | **$6,767.64** | **$66.24** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$13,426.25** | **$200.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,133.76 |
| Disbursements to Creditors | $266.24 |
| **TOTAL DISBURSEMENTS :** | **$2,400.00** |

   12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/22/2010          By: /s/ Glenn Stearns
                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**